■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN LAND, Appellant. [634 NYS2d 407] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered November 4, 1993, convicting him of robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's challenge to the legal sufficiency of the evidence is not preserved for appellate review *(see,* CPL 470.05 [2]). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence *(see,* CPL 470.15 [5]). Bracken, J. P., Miller, Altman and Florio, JJ., concur.